UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEONOR COSIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. CV09-7454 SH<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Honorable Stephen J. Hillman |

1  Having considered the Stipulated Dismissal of the parties, IT IS HEREBY
2  ORDERED that the above-entitled action is dismissed with prejudice. Each party shall
3  bear its own costs and fees, including any attorneys' fees.

Dated: 9/30/10

_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/
_____
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

1